

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
AUG 18, 2008
AUG 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Andre Ferguson
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Supt Thomas
_____ ET AL
_____
_____

Cas  08CV4686
(To  JUDGE SHADUR
     MAG. JUDGE NOLAN

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Andre Ferguson

B. List all aliases: No

C. Prisoner identification number: 20080028042

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
   Title: Director
   Place of Employment: Cook County Dept of Correction

B. Defendant: Thomas
   Title: Supt.
   Place of Employment: Cook County Dept of Correction

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _No_

    B. Approximate date of filing lawsuit: _8/13/08_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Andre Ferguson_

    D. List all defendants: _Tom Dart, Supt. Thomas_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _None_

    F. Name of judge to whom case was assigned: _None_

    G. Basic claim made: _None_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _None_

    I. Approximate date of disposition: _None_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is a Health and Hazard problem, but the entire deck is dirty and unsanitize envioenment and a hazard to my health. I am a asthmaic patyent and it is interfee with my asthma on a Regluar basic. I am mentally and emotional anguish and fill unsafe for my health. Because I, am breathen feces and urine into my body and it's interfering with my asthma and other health issues that might occurred. We aren't recieving the Right cleaning materials to keep the deck clean or the cells we live in. We need mops, brooms etc. This is a violation of the constitutional Right of the amendment number eight cruel and unusual punishment and also a violation code of Health

Revised 9/2007

and Safety Regulation. On the above date 7/19/08 and approx. time was 5:00 pm. The water is coming from upper 63 and 64 because of toilet problems. Also the dayroom is very unsanitize their aren't any cleaning materials. I have track it into my cell in upper 66 and I also clean my cell everyday. They have us living in a foul environment because of no disfect to clean the deck or are cells. I am also inhaling defecation and urine and my body is making my asthma flare up every night. The cells also have electrical hazard on the lights from the ceiling and it's very dangerous I have been shocked by it numerous of times prior to been in the cell of Cook County Dept. of Correction and also been denied of recreation at 5hrs a week we don't get no gym at all. or etc.

Their Rodents coming in the cells and also climbing up into my bed with me and also I caught athaltic feet from the shower because it's unclean. The living condition are very unsafe by the way they have us living in the Cook County Department of Corrections. Also it's unsafe by not giving us haircuts any more and they are shorting are law library time to a half hour. The Breakfast trays and Dinner Trays aren't never not once we recieve them it's always cold and they be haven't the food seating downstairs for hours until they severed us the trays. Health care Department is not treating detainee's accordly to their medical condition such as if you put in a medical form it takes them 2 months to call you for your medical and once they see you the medical problem is gone.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking to be rewarded the amount of $100,000 for the suffering mental and emotional anguish damage it's done to my health and burying arrangements.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13 day of Aug, 2008

_Audre Ferguson_ (Signature of plaintiff or plaintiffs)

Andre Ferguson
(Print name)

20080028042
(I.D. Number)

P.O. Box 089002
Chicago Il 60608
(Address)

6

Part-A / Control #: _REQUEST_

Referred To: _Supt Div 9_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Ferguson_    First Name: _Andre_

ID #: _2008-0028010_   Div.: _9_   Living Unit: _2H_   Date: _07/21/08_

BRIEF SUMMARY OF THE COMPLAINT: _This is a Health and Hazard problem, but the entire deck is unsanitary and foul to my health. I am asthmatic patient and I am inhaling feces and urine. It's making it hard for me to breath. I am suffering from mental and emotional anguish damage to my health. I am not sleeping well because of inhaling feces and urine. It's aggravating my asthma too. We don't have any clean materials to keep deck clean safe for my health. This is a constitutional right violation of our 8th amendment right and cruel and unusual punishment. This decision is causing upper..._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _Jose Ferguson, Jimmie Clayette_

ACTION THAT YOU ARE REQUESTING: _I want to be rewarded for my health issues. I have suffer from mental and emotional damages._

DETAINEE SIGNATURE: _Andre Ferguson_

C.R.W.'S SIGNATURE: _V. Butler_    DATE C.R.W. RECEIVED: _07/25/08_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Ferguson_   First Name: _Andre_

ID#: _2008-0028043_   Div: _9_   Tier/LivingUnit: _H_

Date of Request: _7/11/08_   Date C.R.W. Received Request: _7/12/08_

This request has been processed by: _J. Buller_ C.R.W.

**Summary of Request:**

Detainee is requesting assistance regarding living conditions on the tier. Detainee is requesting that the tier is sanitized and they are provided with cleaning supplies.

**Response and/or Action Taken:**

TIER AND SHOWER AREA WAS POWER WASHED AND CLEANED. DETAINEE WAS INFORMED BY LT AND NO OTHER CONCERNS EXIST WITH DETAINEE FERGUSON AT THIS TIME

_LT ZIMNY_   _[signature]_   Date: _8/12/08_   Div./Dept. _9_
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )