10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 18 2008
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

ANDRE FERGUSON
Plaintiff

v.

Director
Supt. Thomas, Tom Dart, et al.
Defendant(s)

08CV4686
JUDGE SHADUR
MAG. JUDGE NOLAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ANDRE Ferguson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # 20080020042  Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: NO

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: NO
      Monthly salary or wages: NO
      Name and address of last employer: NO

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: n/o
      Name and address of employer: NO

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount n/o  Received by NO

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount _____No_____ Received by _____No_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount _____No_____ Received by _____No_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount _____No_____ Received by _____No_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount _____No_____ Received by _____No_____

f. ☐ Any other sources (state source: __No__ ) ☐Yes ☒No
Amount _____No_____ Received by _____No_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: __No__
In whose name held: __No__ Relationship to you: __No__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: __No__ Current Value: __No__
In whose name held: __No__ Relationship to you: __No__

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: __No__ __No__
Type of property: __No__ Current value: __No__
In whose name held: __No__ Relationship to you: __No__
Amount of monthly mortgage or loan payments: __No__
Name of person making payments: __No__

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: __No__
Current value: __No__
In whose name held: __No__ Relationship to you: __No__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
__No__