Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4686 | DATE | 8/19/2008 |
| CASE TITLE | Andre Ferguson vs. Tom Dart, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Both the Complaint and this action are dismissed without prejudice. (Attachment opinion in 06 C 1393)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

FILED-ED1
2008 AUG 19 PM 4: 33
U.S. DISTRICT COURT